September 15, 2006

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


MARY E. JACQUE                              CIVIL ACTION

VERSUS                                      NO: 05-2742

ORLANDO RENTALS, INC., ET                   SECTION: "A" (4)
AL.
```

## ORDER AND REASONS

Plaintiff's **Motion to Reconsider Order Granting Summary Judgment (Rec. Doc. 27)** is **DENIED**. The order clearly states that this Court dismissed with prejudice *only* the *federal* civil rights claims, which were the only claims pled in this case over which this Court had original jurisdiction. The ruling has no effect on any of Plaintiff's state law claims, and those claims are now pending in First Parish Court for the Parish of Jefferson from whence they were removed.

* * * * * * * *

*[signature: Jay C. Zainey]*